UNITED STATES DISTRICT

COURT NORTHERN DISTRICT OF TEXAS

OSNEIBER JOSUE CONTRERAS-MOLINA
Proceeding Pro Se,
  *Petitioner,*

  v.

____, Warden, Prairieland Detention Center;
____, Field Office Director, Dallas Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director, United States
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of Homeland Security;
PAMELA JO BONDI, United States Attorney General,

  *Respondents.*



3-26CV0867-G

Civil Action No.:

PETITION FOR WRIT OF HABEAS
CORPUS



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 18 2026

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

PETITION FOR A WRIT OF HABEAS CORPUS

(Verified Petition Pursuant to 28 U.S.C. § 2241)

INTRODUCTION

1. This case is about a father's right to hold his baby daughter. Petitioner Osneiber Josue Contreras-Molina is a loving father who has been imprisoned by Immigration and Customs Enforcement ("ICE") for over five months. His daughter, Antonella, is 15 months old, a U.S. citizen, and growing up without him. Every day of his detention is a day stolen from his daughter's childhood that can never be returned.

2. Mr. Contreras-Molina is not a criminal. He has never been convicted of any crime. He is a young father who came to this country seeking safety and has tried to comply with

every immigration requirement. For his compliance, he has been betrayed twice—arrested both times he voluntarily appeared at ICE check-in appointments.

3. He missed critical immigration court hearings because ICE imprisoned him during his first check-in. Then, just days after his release, ICE arrested him again at a second check-in. This is not justice; this is a trap.

4. A removal order has been issued to Ecuador—a country that is not his home. He is Venezuelan. His appeal to the Board of Immigration Appeals ("BIA"), filed February 3, 2026, is still pending. Yet ICE refuses to release him or even grant him a bond hearing.

5. His continued detention violates the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment. He is not a flight risk—he voluntarily appeared at multiple ICE appointments. He is not a danger—he has no criminal record. He is a father whose 15-month-old daughter needs him home.

6. Through this Petition, Mr. Contreras-Molina seeks his immediate release or, in the alternative, a constitutionally adequate bond hearing where the government must prove by clear and convincing evidence that this loving father must remain separated from his baby daughter.

CUSTODY

Petitioner is in the physical custody of Respondents at the Prairieland Detention Center, located at 1209 Sunflower Lane, Alvarado, Texas 76009.

JURISDICTION

This Court has subject matter jurisdiction over this petition pursuant to 28 U.S.C. § 1331 (federal

question) and 28 U.S.C. § 2241 (writ of habeas corpus).

VENUE

Venue is proper in this District pursuant to 28 U.S.C. § 2241(d) because Petitioner is detained within this judicial district.

PARTIES

| Party | Description |
|---|---|
| Petitioner | I, Osneiber Josue Contreras-Molina, A-Number A-241-824-640, citizen of Venezuela, presently detained at Prairieland Detention Center, Alvarado, Texas. |
| Respondent 1 | Warden, Prairieland Detention Center, named in official capacity as Petitioner's immediate custodian. |
| Respondent 2 | Field Office Director, ICE Dallas Field Office, named in official capacity. |
| Respondent 3 | Acting Director, United States Immigration and Customs Enforcement, named in official capacity. |
| Respondent 4 | Secretary, Department of Homeland Security, named in official capacity. |
| Respondent 5 | Attorney General, United States, named in official capacity. |

## STATEMENT OF FACTS

1. Petitioner Osneiber Josue Contreras-Molina is a native and citizen of Venezuela. He entered the United States on July 11, 2022, through Eagle Pass, Texas.

2. Upon entry, Petitioner sought asylum protection in the United States.

3. Petitioner has NO criminal record. He has never been convicted of any crime in the United States or any other country.

4. Petitioner is married and is the father of Antonella, born December 28, 2024. Antonella is a United States citizen. She is approximately 15 months old. Her birth certificate is submitted as evidence.

5. Petitioner's wife and daughter reside in the United States. Before his detention, Petitioner provided emotional and financial support to his family.

6. On September 4, 2025, Petitioner appeared for a routine ICE check-in appointment as required. Despite his voluntary compliance, ICE officers detained him and took him into custody.

7. Petitioner remained detained from September 4, 2025, until October 3, 2025.

8. Because Petitioner was detained during this period, he was unable to attend scheduled immigration court hearings. This prejudiced his case.

9. On October 9, 2025—just six days after his release—Petitioner again appeared voluntarily for another scheduled ICE check-in appointment, attempting to comply with his obligations.

10. After identifying his nationality, ICE officers informed Petitioner that he would be detained again. They provided no clear explanation for this detention. Petitioner was immediately taken into custody.

4

11. Petitioner has remained continuously detained at Prairieland Detention Center since October 9, 2025—over five months.

12. A removal order was issued directing removal to Ecuador. However, Petitioner is Venezuelan, not Ecuadorian.

13. On February 3, 2026, Petitioner filed an appeal of the removal order with the Board of Immigration Appeals ("BIA"). That appeal is currently pending.

14. During his detention, Petitioner requested a bond hearing. The request was denied based on supposed jurisdictional issues related to his manner of entry, which is legally incorrect given his prolonged detention and current circumstances.

15. Petitioner's detention is civil in nature. He is not serving any criminal sentence.

16. Petitioner's continued detention has caused him significant emotional distress and depression. He suffers knowing his 15-month-old daughter is growing up without him.

17. Petitioner's wife is struggling to care for their baby daughter alone.

18. Petitioner does not pose a danger to the community. He has no criminal history. He voluntarily appeared at multiple ICE appointments.

19. Petitioner is not a flight risk. He has strong family ties in the United States, including his U.S. citizen wife and baby daughter.

20. Less restrictive alternatives to detention would reasonably ensure Petitioner's appearance at future immigration proceedings.

21. Petitioner's continued detention without an individualized bond hearing is excessive, unnecessary, and unconstitutional.

LEGAL FRAMEWORK

A. Petitioner's Detention is Governed by 8 U.S.C. § 1226(a), Not Mandatory Detention.

22. Petitioner is subject to discretionary detention under INA § 236(a), 8 U.S.C. § 1226(a), which authorizes release on bond or conditional parole pending removal proceedings.

23. Petitioner is eligible for a bond hearing to determine whether his continued detention is justified.

B. Prolonged Detention Without a Bond Hearing Violates Due Process.

24. The Fifth Amendment guarantees that no person shall be deprived of liberty without due process of law. This protection extends to all persons within the United States, including noncitizens. *Zadvydas v. Davis*, 533 U.S. 678, 693 (2001).

25. Prolonged immigration detention without an individualized bond hearing violates due process. *Casas-Castrillon v. Dep't of Homeland Sec.*, 535 F.3d 942, 951 (9th Cir. 2008).

26. When detention becomes prolonged, the government must prove by clear and convincing evidence that the individual is a flight risk or danger to justify denial of bond. *Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011).

C. Regulatory Requirements.

27. Federal regulations require that an immigration judge "shall promptly conduct a custody redetermination hearing" upon request. 8 C.F.R. § 1003.19(c).

28. *Matter of Urena*, 25 I&N Dec. 140 (BIA 2009) and *Matter of Guerra*, 24 I&N Dec. 37 (BIA 2006) establish that bond hearings are required where the individual does not pose a danger or flight risk.

CLAIMS FOR RELIEF

COUNT ONE Violation of the Immigration and Nationality Act (8 U.S.C. § 1226(a))

29. Petitioner realleges and incorporates by reference each allegation set forth above.

30. Petitioner is detained under 8 U.S.C. § 1226(a), which provides for discretionary detention and release on bond.

31. Petitioner has been detained for over five months without a bond hearing, in violation of the statute and implementing regulations.

32. Petitioner is entitled to a bond hearing where the government must prove by clear and convincing evidence that he is a danger or flight risk.

33. The denial of a bond hearing violates the INA.

COUNT TWO Violation of the Due Process Clause of the Fifth Amendment

34. Petitioner realleges and incorporates by reference each allegation set forth above.

35. Petitioner possesses a fundamental liberty interest in freedom from physical restraint.

36. Petitioner's detention has become prolonged, triggering heightened procedural due process protections requiring a prompt, individualized hearing.

37. Respondents have deprived Petitioner of his liberty without providing constitutionally required procedural safeguards—a neutral bond hearing where the government bears the burden of proof.

38. This violation is particularly egregious given that Petitioner was detained twice after voluntarily complying with ICE check-in requirements.

PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

1. Assume jurisdiction over this matter.

2. Issue an Order to Show Cause requiring Respondents to justify Petitioner's detention.

3. Enjoin Respondents from transferring or removing Petitioner from this jurisdiction pending resolution of this Petition.

4. Declare that Petitioner's prolonged detention without an individualized bond hearing violates 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment.

5. Grant a writ of habeas corpus ordering Petitioner's immediate release.

6. In the alternative, order Respondents to provide an immediate bond hearing before an immigration judge within fourteen (14) days, at which the government must prove by clear and convincing evidence that Petitioner's detention is necessary.

7. Grant such other and further relief as the Court deems just and proper.

VERIFICATION

I, Osneiber Josue Contreras-Molina, being the petitioner, hereby certify under penalty of perjury that the statements set forth herein are true and correct to the best of my knowledge and belief.

Date: March 11, 2026

/S/ *Osneiber Josue Contreras-Molina*
Osneiber Josue Contreras-Molina
Petitioner, Pro Se

DECLARATION OF OSNEIBER JOSUE CONTRERAS-MOLINA
A# 241-824-640

I, Osneiber Josue Contreras-Molina, declare under penalty of perjury under

the laws of the United States of America as follows:

1.  I am the Petitioner in this action, filing pro se from immigration

detention. I submit this declaration in support of my Petition for Writ of Habeas Corpus.

2.  I am a native and citizen of Venezuela. I entered the United States on

July 11, 2022, through Eagle Pass, Texas, seeking safety and asylum.

3.  I am currently imprisoned at the Prairieland Detention Center in Alvarado, Texas, where ICE has held me since October 9, 2025— over five months.

4.  I am the father of Antonella, my baby daughter, born December 28, 2024. She is a United States citizen. She is approximately 15 months old—still a baby in the most critical stage of her

development. A copy of her birth certificate is attached as Exhibit A.

5.  Every day I am detained, I miss moments I can never recover: her learning to walk, her first words, her daily need for her father's presence. My wife sends me photos, but I cannot hold her. I cannot comfort her when she cries. The psychological damage of this separation to a 15-month-old child who needs her father present is irreversible.

6.  I have NEVER been convicted of any crime. My detention is purely civil.

7.  The government's betrayal is absolute. On September 4, 2025, I appeared voluntarily for an ICE check-in and was arrested. I was imprisoned until October 3. Because of that detention, I missed my immigration court hearings.

8.  Despite this first betrayal, I appeared for a SECOND voluntary check-in on October 9, 2025. ICE immediately imprisoned me again without explanation—punishing me for complying with their requirements.

9.  A removal order was issued to Ecuador (though I am Venezuelan). I appealed to the BIA on February 3, 2026. That appeal is pending.

10. ICE refuses to grant me a bond hearing. I am not a flight risk—I came to ICE offices voluntarily twice. My baby daughter is a U.S. citizen. My wife is here. Yet I remain imprisoned while my daughter grows without me.

11. This detention is destroying my family. My baby needs her father. I respectfully request that this Court order my release or an individualized bond hearing immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2026

/S/ Osneiber Josue Contreras-Molina
Osneiber Josue Contreras-Molina
Petitioner, Pro Se



Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

Detention Information For:

**OSNEIBER JOSUE CONTRERAS-MOLINA**
**Country of Birth:** Venezuela
**A-Number:** 241824640

Current Detention Facility:

PRAIRIELAND DETENTION CENTER
1209 Sunflower Lane
NA
Alvarado, TX 76009
**Visitor Information:** (817) 409-3995

MORE INFORMATION >



# ERO Office Information

Privacy - Terms

Case 3:26-cv-00867-E-BN    Document 3    Filed 03/18/26    Page 13 of 59    PageID 16



An official website of the United States government

Here's how you know



EOIR   Automated Case Information

---

**Court Closures Today**  March 11, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **CONTRERAS- MOLINA, OSNEIBER JOSUE (241-824-640)**



# Automated Case Information

## Name: CONTRERAS- MOLINA, OSNEIBER JOSUE | A–Number: 241-824-640 | Docket Date: 9/18/2025

 **Next Hearing Information**

*There are no future hearings for this case.*

**Court Decision and Motion Information**

The immigration judge ordered **REMOVAL**.

**DECISION DATE**

January 8, 2026

## COURT ADDRESS

1209 SUNFLOWER LANE

ALVARADO, TX 76009

## BIA Case Information

A case appeal was received on **February 3, 2026**. It is currently pending.

### ALIEN BRIEF STATUS

No brief due date exists at this time.

### DHS BRIEF STATUS

No brief due date exists at this time.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the Board of Immigration Appeals.

### COURT ADDRESS

OFFICE OF THE CHIEF CLERK

5107 LEESBURG PIKE, SUITE 2000

FALLS CHURCH, VA 22041

### PHONE NUMBER

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DALLAS COUNTY

| STATE OF TEXAS | CERTIFICATE OF BIRTH | | | BIRTH NUMBER | |
|---|---|---|---|---|---|
| 1. Child's Name    First    Middle    Last | | | Suffix | 2. Date of Birth (mm/dd/yyyy) | 3. Sex |
| ANTONELLA    CONTRERAS | | | | 12/28/2024 | FEMALE |
| 4a. Place of Birth - County | 4b. City or Town (if outside city limits, give precinct no.) | | 5. Time Of Birth | 6a. Plurality - Single, Twin, Triplet, etc. | 6b. If Plural Birth, Born 1st, 2nd,3rd, etc. |
| DALLAS | IRVING | | 05:30 PM | SINGLE | |

7a. Place Of Birth ☐ Clinic/Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Home Birth ☐ Other (Specify):

7b. Name of Hospital or Birthing Center, NPI (If Not Institution, Give Street Address)

BAYLOR SCOTT & WHITE MEDICAL CENTER - IRVING

| 8a. Attendant's Name, NPI, and Mailing Address | 9a. Certifier - I certify that this child was born alive at the place and time and on the date as stated. |
|---|---|
| ALLISON MCBRAYER<br><br>1901 N MACARTHUR BLVD IRVING, TEXAS 75061 | MARTA VALDEZ            12/31/2024<br>Signature and Title            Date Signed |

8b. ☐ MD ☐ DO ☐ CNM ☐ Midwife ☒ Other (Specify):     9b. ☒ Attendant: ☐ Facility Administrator / Designee ☐ Other (Specify):

| 10. Mother's Name Prior to First Marriage    First    Middle    Last | | | Suffix | 11. Date of Birth (mm/dd/yyyy) | 12. Birthplace (State,Territory or Foreign Country) |
|---|---|---|---|---|---|
| MARIA    Y    CARRILLO PARRA | | | | 08/30/2000 | VENEZUELA |
| 13a. Residence - State | 13b. County | 13c. City, Town or Location | 13d. Street Address or Rural Location | | |
| TEXAS | DALLAS | CARROLLTON | 3525 COUNTRY SQUARE DR A 102 | | |
| 13e. Zip Code | 13f. Inside City Limits | 14. Mailing Address: | ☒ Same As Residence, or: (If Same As Residence, Enter Zip Code Only) | | |
| 75006 | ☒ Yes ☐ No | 75006 | | | |
| 15. Father's Name Prior to First Marriage    First    Middle    Last | | | Suffix | 16. Date of Birth (mm/dd/yyyy) | 17. Birthplace (State,Territory or Foreign Country) |
| OSNEIBER    J    CONTRERAS MOLINA | | | | 09/04/2000 | VENEZUELA |
| 18a. Local File Number | 18b. Date Received By Local Registrar | 18c. Signature of Local Registrar | | | |
| 01007491 | 12/31/2024 | | | | |

VS-111.3    REV. 01/05 WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000.    393512

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED    JAN 3 1 2025

John F. Warren
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





**Texas** USA
DRIVER LICENSE
Director: Steven C. McCraw

LIMITED TERM

DRIVER LICENSE

4d. DL: 51481401       9. Class: C
                       4b. Exp: 12/26/2028
3. DOB: 09/04/2000     4a. Iss: 11/12/2024
1. CONTRERAS MOLINA
2. OSNEIBER J
8. 3525 COUNTRY SQUARE DR #A102
CARROLLTON, TX 75006
12. Rest: NONE        9a. End: NONE
16. Hgt: 5'-06"   15. Sex: M   18. Eyes: MAR
5. DD: 0012048111112216 5168 —

09/04/2000

UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

Surname
**CONTRERAS MOLINA**
Given Name
**OSNEIBER J**
USCIS#                    Category  Card#
**241-824-640    C08    IOE9564996702**
Terms and Conditions
**None**
Date of Birth            Sex
**04 SEP 2000    M**
Country of Birth
**Venezuela**
Valid From:  **12/27/23**

NOT VALID FOR REENTRY TO U.S.    Card Expires: **12/26/28**

UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

CONTRERAS MOLINA OSNEIBER J

Surname
**CONTRERAS MOLINA**

Given Name
**OSNEIBER J**

USCIS#
**241-824-640**

Category
**C08**

Card#
**IOE9564996702**

Terms and Conditions
**None**

Date of Birth
**03 SEP 2000**

Sex
**M**

Country of Birth
**Venezuela**

Valid From: **12/27/23**
Card Expires: **12/26/28**

NOT VALID FOR REENTRY TO U.S.

DEPARTMENT OF HOMELAND SECURITY          DOB: 09/04/2000

## NOTICE TO APPEAR

Event No: DAL2209000581

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 379796489          FINS: 1322964925          File No: 241 824 640

In the Matter of:

currently residing at:

Respondent: OSNEIBER JOSUE CONTRERAS-MOLINA

3939 ROSEMEADE PKWY APT 3202 DALLAS,TEXAS, 75287          (214) 547-8272

(Number, street, city, state and ZIP code)          (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of VENEZUELA and a citizen of VENEZUELA;

3. You entered the United States at or near EAGLE PASS TX, on or about July 11, 2022;

4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:          ☐ 8CFR 208.30   ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

1100 Commerce Street, Room 1060 Dallas TX 75242. EOIR Dallas, TX

(Complete Address of Immigration Court, including Room Number, if any)

on    May 15, 2025    at    1:00 PM    to show why you should not be removed from the United States based on the

(Date)          (Time)

B2577 PANLAK   SDDO

charge(s) set forth above.

(Signature and Title of Issuing Officer) (Sign in ink)

DALLAS TX

Date: _____          (City and State)

## Notice to Respondent

Any statement you make may be used against you in removal proceedings.

...istration: This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings ...squired to carry it with you at all times.

...ntation: If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual ...d and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so ...no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

...t of the hearing: At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered ...ection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at ...aring. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you ...dmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the ...nment, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the ...sion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge ...e whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given ...sonable opportunity to make any such application to the immigration judge.

...Year Asylum Application Deadline: If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for ...holding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/I-589. Failure to file Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and ...ionality Act.

...lure to appear: You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone ...mber. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone ...mber during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do ...t submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not ...e required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any ...ate and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be ...rrested and detained by the DHS.

...Mandatory Duty to Surrender for Removal: If you become subject to a final order of removal, you must surrender for removal to your local DHS ...office, listed on the Internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

Sensitive locations: To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
(Signature of Respondent) (Sign in ink)

Date: _____

_____
(Signature and Title of Immigration Officer) (Sign in ink)

## Certificate of Service

This Notice To Appear was served on the respondent by me on  September 6, 2022 , in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person    [ ] by certified mail, returned receipt # _____ requested    [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the  SPANISH  language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served) (Sign in ink)

MICHAEL PAGE – DO

_____
(Signature and Title of officer) (Sign in ink)

## Privacy Act Statement

tment of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S p and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, if the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information ig the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about duct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in s, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

ne Uses:
nited States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a , your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses shed in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of ords, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and i/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These RNs can be viewed at https://www.dhs.gov/system-records-notices-soms. When disclosed to the DOJ's EOIR for immigration proceedings, this irmation that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or y updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed rsuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law forcement agencies for enforcement, investigatory, litigation, or other similar purposes

or all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with ideral, state, local, tribal, territorial, and foreign law enforcement, other government agencies, and other parties for enforcement, investigatory, litigation, ir other similar purposes

Disclosure:
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date, however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

DEPARTMENT OF HOMELAND SECURITY
U. . Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Name: CONTRERAS-MOLINA, OSNEIBER JOSUE

File No.: 241 824 640

Date: September 4, 2022

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at _____ See I-831 _____ on 09/05/2023 08:00 as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other: Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.

If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

PANLAK, B2577
_____
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official Serving Order)

_____
(Signature of Alien)

09/06/2022
_____
Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.

[ ] The alien was taken into custody for removal.

_____
(Signature of ICE Official Cancelling Order)

Date

EPARTMENT OF HOMELAND SECURI
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| Alien Name | | | Picture | Right Index Print |
|---|---|---|---|---|
| CONTRERAS-MOLINA, OSNEIBER JOSUE | | | | |
| File Number | Date | | | |
| 241 824 640 | September 6, 2022 | | | |
| Alien's Signature | | | | |
| Alien's Telephone Number (if any) | | | | |
| 2145478272 | | | | |
| Alien's Address | | | | |
| 3939 ROSEMEADE PKWY APT 3202 | | | | |
| DALLAS        TEXAS        75287 | | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| | |

DEPARTMENT OF HOMELAND SECURI

U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (ADDENDUM)

Name: CONTRERAS-MOLINA, OSNEIBER JOSUE

File No.: 241 824 640

Date: September 6, 2022

[X] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[X] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other:

X _____
                (Signature of Alien)

.. Department of Homeland Security

Continuation Page for Form I-220A

| Alien's Name CONTRERAS-MOLINA, OSNEIBER JOSUE | File Number 241 824 640 Event No: DAL2209000581 | Date 09/06/2022 |
|---|---|---|

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------------

8101 N. Stemmons Frwy
Dallas, TX 75247

| Signature MICHAEL PAGE | Title DO |
|---|---|

5 of 5 Pages

DEPARTMENT OF HOMELAND SECURITY

## CALL-IN LETTER

To (Name, Address, City, State, Zip Code)

CONTRERAS-MOLINA, OSNEIBER
C/O 3939 ROSEMEADE PKWY, APT 3202
DALLAS, TX 75287
214-547-8272

File Number 241824640

Date Jul 12, 2022

Please come to the office listed below at the time and place indicated in connection with an official matter.

| Office Location | 7929 Brookriver Dr., Ste 620, Dallas, TX 75247; 214-879-0485 |
| --- | --- |
| Time and Hour | September 6, 2022, 8:30 AM |
| Ask For | An ICE Deportation Officer for your ATD enrollment |
| Reason for Appointment | You have been paroled into the United States and are required to attend your immigration court hearings and ICE appointments to ensure that your immigration case moves forward. Failure to report may lead to being taken into custody or placed on additional forms of supervision. |
| Bring With You | Identification documents (birth certificate, government-issued identity documents such as driver's license or ID) and all immigration documents. |

It is important that you keep this appointment and bring this letter with you.
If you are unable to do so, state your reason, sign below, and return this letter to this office at once.

J Fish, Deportation Officer

Name and Title of Authorizing Official

Signature of Authorizing Official

I am unable to keep the appointment because:

| Signature | Date |
| --- | --- |
| | |

DHS Form G-56 (1/09)

U.S. Immigration and Customs Enforcement

**DEPARTMENT OF HOMELAND SECURITY**

## ATD ENROLLMENT - NOTICE TO ALIEN

| Name: | | Field Office: | |
|---|---|---|---|
| CONTRERAS-MOLINA, OSNEIBER | | ERO - Del Rio, TX Sub Office | A Number: 241824640 |

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U. S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of you release conditions or your arrest and detention.

If fitted with a U.S. Immigration and Customs Enforcement GPS monitoring device do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. **The unauthorized removal of the GPS monitoring device will result in damage to property of the United States.** Damaging or attempting to damage the GPS monitoring device or any of its associated equipment (including, but not limited to, the charging station, batteries, and power cords) may result in your arrest, detention and prosecution under **18 U.S.C. § 1361 and/or 18 U.S.C. § 641**, each punishable by a fine, up to ten year's imprisonment, or both.

### RECORD OF SERVICE

| Served On: (Alien's Signature) | | Date: |
|---|---|---|
| ✖ *Osneiber Contreras* | | Jul 12, 2022 |

By signing I acknowledge that this form was provided to me in a language I understand or was read to me in a language I understand. I further acknowledge that tampering with, damaging, and/or removing the GPS Device, or any of its associated equipment, without permission may result in damage to federal property for which I may be criminally prosecuted.

| Served By: (Print Name and Title of Officer) | | Location of Service: |
|---|---|---|
| J Fish, Deportation Officer | | Eagle Pass, Texas |

| Officer's Signature: | | Date: |
|---|---|---|
| | | Jul 12, 2022 |

## ACUERDO

1. Yo, **OSNEIBER CONTRERAS-MOLINA** _____, estoy autorizado para viajar a Select Site _____. Al llegar a me dentro de los Estados Unidos.

2. Estoy de acuerdo de llegar a mi destino final en la fecha indicada _____. Al llegar a me destino final, ERO-ATD tomaran una determinación final sobre mi caso.

3. En caso de emergencia (por ejemplo, médica), debo llamar a la linea directa de emergencia al: _____ Entiendo que este número no debe usarse nunca para situaciones que no sean de emergencia.

4. Al llegar a mi ciudad de destino, acepto llamar al **1-877-495-1195** entre las 7 a.m. Y las 7 p.m. Hora central, de lunes a viernes, para continuar con mi inscripción en el programa ISAP.

5. Una vez que haya llamado el número anterior, entiendo que se me proporcionará una fecha y horario para presentarme en persona en la oficina. Acepto presentarme en la fecha y el horario proporcionada por la operadora.

6. En el caso de que no pueda presentarme según las instrucciones, acepto ponerme en contacto con la oficina de ISAP especificada para hacer arreglos alternativos.

7. Si tengo un teléfono celular, acepto traerlo cuando me reporte a la oficina para ser utilizado en mi proceso de inscripción.

## REGLAS LOCALES Y OTRAS CONDICIONES

## AECONOCIMIENTO DE REVISIÓN

Al firmar este documento reconozco que he recibido una copa de las reglas, horario autorizado y que se me han sido explicados. También reconozco que servicios de traducción fueron ofrecidos a mi disposición. Entiendo que debo cumplir con las reglas hasta que ICE o un especialista de mi caso en ISAP me notifique que ya no estoy obligado a participar en el programa. También entiendo que cualquier violación de estas reglas podrian causar el término de mi participación en este programa y mi regreso a encarcelamiento/detención.

Número de registro de extranjero del participante: **241824640**

| | |
|---|---|
| Firme del participante | Fecha: |
| Firma del especialista del caso | Fecha: |



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9049143322 | 086209848150 | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
| Received Date | Priority Date | Applicant A241 824 640 |
| 05/15/2025 | 05/15/2025 | CONTRERAS MOLINA, OSNEIBER JOSUE |
| Notice Date | Page | |
| 05/15/2025 | 1 of 1 | |

CONTRERAS MOLINA, OSNEIBER JOSUE
1731 PALLADIO LOOP
PRINCETON  TX  75407-3528

**Notice Type:** Receipt Notice
**Received Amount:** $ 30.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015



**USCIS Contact Center: www.uscis.gov/contactcenter**



| Receipt Number IOE9413599953 | USCIS Account Number 086209848150 | Case Type I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
|---|---|---|
| Received Date 11/09/2024 | Priority Date 11/09/2024 | Applicant A241 824 640 CONTRERAS MOLINA, OSNEIBER JOSUE |
| Notice Date 12/17/2024 | Page 1 of 2 | |

CONTRERAS MOLINA, OSNEIBER JOSUE
3525 COUNTRY SQUARE DR APT A102
CARROLLTON  TX  75006-5335

**Notice Type:** Approval Notice
Valid from: 12/17/2024 to 04/02/2025

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation), employment authorization in the United States, and the opportunity to apply for travel authorization.

Attached to this notice is a Form I-94 indicating your Temporary Protected Status in the United States. The I-94 is valid until the expiration date shown on it.

If you requested an employment authorization document (EAD) pursuant to your registration for TPS, you will receive a separate notice containing the decision on that request. If your EAD request is approved, you will be issued an EAD that will be valid until the expiration date shown on the EAD itself. The EAD will serve as evidence of your TPS and employment authorization.

If the TPS designation is extended, you must re-register with U.S. Citizenship and Immigration Services (USCIS) within the time period designated for re-registration. If you wish to obtain an EAD valid for the time period of the extended TPS designation, you must also apply for an EAD during the filing period(s) described in the applicable Federal Register notice (FRN). The FRN notice will provide guidance on required forms and application fees to re-register for TPS and to apply for a new EAD. You should also pay close attention to any future FRNs issued by USCIS regarding your country's TPS, including any information that may be included in such notices about possible automatic extensions of the validity date(s) on EADs.

Failure to re-register during a TPS extension re-registration period may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015

**USCIS Contact Center: www.uscis.gov/contactcenter**

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

**Receipt**   IOE9413599953
**I-94#**
**NAME**      CONTRERAS MOLINA, OSNEIBER JOSUE
**CLASS**

**VALID FROM** 12/17/2024 **UNTIL** 04/02/2025

**APPLICANT:**   CONTRERAS MOLINA, OSNEIBER
JOSUE
3525 COUNTRY SQUARE DR APT
A102
CARROLLTON  TX  75006-5335

**Receipt Number** IOE9413599953
**United States Citizenship and Immigration Services**

**I94 Departure Record**

| 14 Family Name CONTRERAS MOLINA | |
|---|---|
| 15 First (Given) Name OSNEIBER | 16 Date of Birth 09/04/2000 |
| 17 Country of Citizenship V7 | |



| Receipt Number IOE9413599953 | USCIS Account Number 086209848150 | Case Type I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
|---|---|---|
| Received Date 11/09/2024 | Priority Date 11/09/2024 | Applicant A241 824 640 CONTRERAS MOLINA, OSNEIBER JOSUE |
| Notice Date 12/17/2024 | Page 2 of 2 | |

(2) have work authorization and will be granted evidence of work authorization, if you have submitted an EAD request with the required fee, that is valid until the expiration of the time period designated for your Temporary Protected Status;

(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;

(4) will not be considered to be permanently residing in the United States under the code of law;

(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and

(6) may not depart the United States without prior approval of the Attorney General of the United States.

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States until the end of the period of the time designated for your Temporary Protected Status.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015



USCIS Contact Center: www.uscis.gov/contactcenter

INTENTIONALLY LEFT BLANK

Detach This Half for Personal Records

INTENTIONALLY LEFT BLANK
Receipt

INTENTIONALLY LEFT BLANK
NAME

INTENTIONALLY LEFT BLANK
CLASS

INTENTIONALLY LEFT BLANK
VALID FROM   UNTIL

INTENTIONALLY LEFT BLANK
APPLICANT:

INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK
Receipt Number

United States Citizenship and Immigration
INTENTIONALLY LEFT BLANK
Services

INTENTIONALLY LEFT BLANK
I94 Departure Record

INTENTIONALLY LEFT BLANK
14 Family Name

INTENTIONALLY LEFT BLANK
15 First (Given) Name

INTENTIONALLY LEFT BLANK
17 Country of Citizenship



**BURNING LAMP**
CHURCH

Burning Lamp
206 Elm Street Suite 102
Lewisville, TX 75057

October 21, 2025

To Whom It May Concern:

This letter is to formally confirm that Josue Contreras is an active and faithful member of Burning Lamp Church. He has been part of our church family since June 18, 2024 and continues to participate in regular worship services and ministry activities.

Throughout his time with us, Josue has demonstrated a sincere commitment to Christian values and has been a blessing to our congregation through his humility and fellowship with others.

We affirm that Josue Contreras is in good standing within our church community, and we fully support his endeavors in matters related to his immigration process.

If further confirmation or information is needed, please feel free to contact our church office at 214-253-9012 or by email at info@bldallas.com

With blessings and respect,

Joel Medina
Pastor
Burning Lamp

---

**Connect with Us:**
🌐 Website: www. bldallas.org
📷 Instagram: @burninglampchurch_
📞 Phone: 214-253-9012

**Service Location:** 1711 Keller Parkway, Keller TX 76258
**Office Location:** 206 Elm Street, Suite 102, Lewisville TX 75057

REPÚBLICA BOLIVARIANA DE VENEZUELA



## PODER JUDICIAL
### JUZGADO SEGUNDO (02") DE PRIMERA INSTANCIA
### EN FUNCIONES DE CONTROL DEL CIRCUITO JUDICIAL PENAL
### DEL ESTADO ZULIA

Maracaibo, 30 de Abril de 2025

213° y 164°

### ORDEN DE APREHENSIÓN N° 035-25
### SE HACE SABER:

Al Ciudadano **JEFE DE LA DIVISIÓN DE APREHENSIONES DEL CUERPO DE INVESTIGACIONES CIENTÍFICAS, PENALES Y CRIMINALÍSTICAS**, que este Órgano Jurisdiccional por decisión de esta misma fecha, **DECRETÓ ORDEN DE APREHENSION** en contra del ciudadano **OSNEIBER JOSUE CONTRERAS MOLINA**, titular de la cedula de identidad N° **V-27.779.209**, por haber estado incurso en la figura de **AUTOR** en la presunta comisión de los delitos de **PROMOCIÓN O INCITACIÓN AL ODIO**, previsto y sancionado en el artículo 20, de la ley Constitucional Contra el Odio, por la Convivencia Pacífica y la Tolerancia; **PROMOVER, INVOCAR, RESPALDAR Y PARTICIPACION DE MANIFESTACIONES VIOLENTAS POR PARTE DE UN GRUPO DE ESTADO,** Previsto y sancionado en el artículo 08 y 12, de la Ley Orgánica Libertador Simón Bolívar Contra el Bloqueo Imperialista y en Defensa de la República Bolivariana de Venezuela, de conformidad con lo establecido en los artículos 236.1.2.3; 237.2 y parágrafo primero; y 238.1.2, todos del Código Orgánico Procesal Penal, dicha solicitud guarda estricta relación con el asunto penal signado con el N° **02C-20453-16** que cursa por ante este Juzgado de Control. Así mismo se le hace de su conocimiento que una vez materializada dicha aprehensión, deberá ser puesto inmediatamente a la orden de este Tribunal a los fines de la Celebración de la Audiencia Oral.

LA JUEZ

**ABG. YAKELYN COROMOTO DOMINGUEZ RODRIGUEZ**

Causa N° 02C-20453-16 (nomenclatura interna de este Tribunal)
MP-275.643.2016 ( nomenclatura interna del Ministerio Publico)
AGPP/MP/Ag.

**STATE OF TEXAS**
**COUNTY OF DALLAS**

To Whom It May Concern,

My name is **JOSE ROBERTO CERVANTES ACEVEDO**, and I am employed at ASH COMMUNICATIONSC, LLC. I have had the privilege of working alongside **Osneiber Josue Contreras Molina** for **1 YEAR AND 5 MONTH** I live at **5202 GARLAND AVE, DALLAS,TX, 75223.** and can confirm that Osneiber is a responsible, reliable, and hardworking individual.

In our workplace, Osneiber demonstrates professionalism, dedication, and a strong work ethic. He is punctual, respectful to colleagues, and takes his responsibilities very seriously. His character and conduct have earned the respect and trust of everyone who works with him.

I strongly support Osneiber and respectfully ask that you take into account his good moral character and the stability he provides through his employment.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

*Jose Cervantes*
Signature of Affiant
Jose Roberto Cervantes Acevedo
(773) 501-1085.
JC185248@GMAIL.COM

Subscribed and sworn before me this 10 day of September 20 25.

*Karla Salazar*
Notary Public



KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028



**STATE OF TEXAS.**
**COUNTY OF DALLAS.**

To Whom It May Concern,

My name is **ARGENIS PERDOMO** and I am a neighbor of **Osneiber Josue Contreras Molina**. I reside at **1646 PALLADIO LOOP, PRICENTON, TEXAS, 75407**, and I have known Osneiber and his family for **2 YEARS AND 5 MONTH** as his neighbor.

From my personal experience, Osneiber is a respectful, responsible, and trustworthy individual. He takes good care of his home, greets and interacts with neighbors with kindness, and has always conducted himself in a polite and honorable manner.

I have witnessed his dedication to his family, particularly as a caring father to his young daughter. He is a man of good moral character and integrity, and I firmly believe that he contributes positively to our community.

His absence would not only be a loss to his family but also to those of us who know him as a good neighbor and reliable member of our community.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

Signature of Affiant
ARGENIS GABRIEL PERDOMO PAZ
(469)516-9834
PERDOMO.ARGENISUSA@GMAIL.COM

Subscribed and sworn before me this 10 day of September 2025.

Notary Public



KARLA SALAZAR
Notary ID # 132476783
My Commission Expires
May 14, 2028



**STATE OF TEXAS.**
**COUNTY OF DALLAS.**

To Whom It May Concern,

My name is **HILLARY MARIANNA BERZARES ROMERO**, and I have had the privilege of knowing **Osneiber Josue Contreras Molina** for more than **2 YEARS** We met through personal connections, and since then I have come to know him as a trustworthy, responsible, and respectful individual.

Over the years, I have seen Osneiber demonstrate kindness, honesty, and dedication both to his family and to his community. He has always been someone who treats others with dignity and respect, and he has earned the appreciation of all who know him.

I strongly believe that Osneiber is a man of integrity and good moral character. His absence would be a great loss not only to his family but also to those of us who value his friendship and companionship.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

Signature of Affiant
HILLARY MARIANNA BERZARES ROMERO.
(321) 337-9215
HILLARYBERZARES06@GMAIL.COM

Subscribed and sworn before me this _10_ day of _September_ 20 _25_

Notary Public



KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028



**STATE OF TEXAS.**
**COUNTY OF DALLAS.**

To Whom It May Concern,

My name is **BRANDEN MIUELLER JEFFERSON** and I have known **Osneiber Josue Contreras Molina** for several years as a close personal friend. I live at **437 WATERMAN AVE, PRICENTON, TX,75407** , and during this time I have witnessed his generosity and his willingness to help others in need.

Osneiber is the kind of person who supports his friends and family without hesitation. He has helped me personally on various occasions, always showing compassion, reliability, and selflessness. His positive attitude and moral values are an example to those around him.

I have no doubt that Osneiber is a man of strong character, respect, and responsibility. He is an important part of my life and of our community, and losing him would cause significant harm to all who depend on him.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

Signature of Affiant
BRANDEN MIUELLER JEFFERSON
(210) 508-3240
BRANDEN.ANDREAS.JEFFERSON@GMAIL.COMA

Subscribed and sworn before me this **10** day of **September**, 20 **25**

Notary Public

KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028



**STATE OF TEXAS**
**COUNTY OF DALLAS**

To Whom It May Concern,

My name is **MARIELA PAZ GARCIA**, and I am writing this letter on behalf of **Osneiber Josue Contreras Molina**, whom I have known personally for **2 YEARS**, I reside at **328 E SOUTHWEST PKWY, APT 142, LEWISVILLE, TX, 75067** and I can confidently state that Osneiber is a person of honesty, integrity, and strong moral character.

Throughout our friendship, I have seen how responsible and caring he is, always willing to help others and be a positive influence in his community. He treats people with respect and has consistently demonstrated good values and honorable conduct.

I strongly believe that Osneiber is a valuable member of our community. His absence would not only negatively impact his family but also those of us who care for him deeply.

This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.

Signature of Affiant
MARIELA PAZ GARCIA
(407)-640-5237
Marielapaz1959@hotmail.com

Subscribed and sworn before me this **10** day of **September**, 20 **25**.

Notary Public



KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2027



**STATE OF TEXAS.**
**COUNTY OF DALLAS.**

To Whom It May Concern,

My name is **YANET MORALES PARRA**, and I have been a close friend of **Osneiber Josue Contreras Molina** for **2 YEARS**. I live at **3525 COUNTRY SQUARE DR, APT K204, CARROLLTON, TX, 75006**, and in all the time I have known him, he has always shown himself to be an honest, hardworking, and reliable person.

I have personally seen how he takes his responsibilities seriously, both as a father and as a friend. He is someone I can always count on, and I know many others who share the same respect for him. His word can be trusted, and his actions reflect his strong moral character.

Osneiber is more than a friend; he is like family to me. Losing him would be devastating not only to his loved ones but also to everyone who appreciates the man he is.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**



Signature of Affiant
YANET MORALES PARRA
(210) 909-2548
YANET.MORALES1984@ICLOUD.COM

Subscribed and sworn before me this __10__ day of __September,__ 20__25__

Notary Public

KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028



**STATE OF TEXAS.**
**COUNTY OF DALLAS.**

To Whom It May Concern,

My name is **MARIA YSABEL CARRILLO PARRA**, and I am the partner of **Osneiber Josue Contreras Molina**. Together we currently reside at **1731 PALLADIO LOOP, PRICENTON, TX, 75407** and we are raising our 8-month-old daughter, **Antonella Contreras**.

Osneiber is a loving and devoted father and partner. He works hard to provide for us and ensures that our daughter grows up in a safe, stable, and caring home. He is not only the emotional support of our family but also the financial provider who makes it possible for us to meet our daily needs.

I cannot imagine raising our baby without his presence. Losing him would be a devastating and unfair burden on our family. Osneiber is a man of honesty, responsibility, and excellent moral character. His absence would not only harm us but also remove a valuable member from our community.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

_Maria Carrillo_
Signature of Affiant

MARIA YSABEL CARRILLO PARRA
(469) 387-4466
MARIACARRILLOP08@GMAIL.COM

Subscribed and sworn before me this 10 day of September 20 25.

_Karla Salazar_
Notary Public

KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028

**STATE OF TEXAS**
**COUNTY OF DALLAS**

To Whom It May Concern,

My name is **ADAN JR CERVANTES**, and I am the **OWNER** of **ASH COMMUNICATIONS LLC** located at **3719 CAVALIER DR, GARLAND, TX, 75042**. I am writing this letter on behalf of **Osneiber Josue Contreras Molina**, who has been employed with us since **May 15, 2024**.

During his employment, Osneiber has consistently demonstrated responsibility, commitment, and dedication to his job. He is respectful, dependable, and shows great integrity in all his work. His positive attitude and professionalism have made him a valuable part of our team.

Osneiber's absence would not only impact his family but also our business, where he has proven to be an essential and trusted employee. I strongly recommend that he be allowed to remain in the United States to continue providing for his family and contributing to our community.

**This declaration is made under penalty of perjury and upon oath. The facts stated herein are true and correct to the best of my knowledge and belief.**

Signature of Affiant
ADAN CERVANTES
OWNER
(469)374-1227
A.CERVANTES@ASHCOMLLC.COM

Subscribed and sworn before me this 10 day of September 20 25.

Notary Public



KARLA SALAZAR
Notary ID #132476783
My Commission Expires
May 14, 2028



ata MEMBER



Word Lingua

## STATEMENT OF ASYLUM APPLICATION OF OSNEIBER JOSUE CONTRERAS MOLINA

1.- I, **OSNEIBER JOSUE CONTRERAS MOLINA**, born in Sucre Municipality, Lagunillas, Mérida State - Venezuela, identification **V- 27.779.209, (alien number 241824640)**, 22 years old, worker, currently residing at 3820 Vitruvian Way apart. 216 zip code 75001, Dallas Texas, telephone **2142001647**, I appear before you in good time and opportune to ratify under oath declaration of request for asylum in its content and signature, also the form I-589, as the useful, necessary and pertinent evidence consigned.

2. Your Honor; Today I expose the violent and systematized acts against me, which turned me into a politically persecuted by officials of the Bolivarian National Guard of Venezuela in a country where justice is politicized, corruption eats away at the government and without the rule of law that allows to the victims to exercise real and certain effective judicial protection.

3.- I present below: **On June 14, 2016**, in a demonstration that took place in the Sucre Municipality of the Mérida State, I participated with my cousin **EDUAR JEAN PAUL GUILLEN ARAQUE**, for the defense of the rights of our food, because there was a shortage, everything became chaos, they began to loot, we ran, I told my cousin, let's go, he told me to hide, a national guard grabbed him, called him a rat, scum, my cousin replied, traitor to the country, you should defend us, not to defend a drug-trafficking government, that guard named VIVAS, that's his name because I saw him in his uniform with the insignia, which they wear, he told him I'm going to kill you and he did so, my cousin belonged to Voluntad Popular and Un Nuevo Tiempo, had been protesting with them for some time.

4.- That day I picked him up, I saw him, he looked at me, a tear came out, I cried, I took him as best I could, I took him to the doctor, other protesters helped me take him to the Hospital, I couldn't stay there, I called my aunt **COROMOTO ARAQUE** I gave her the report, then the VIVAS Guard arrived, asking who was taking him, I kept quiet for fear that he would kill me, he knew that I saw him, he was tall, white, medium brown, light-colored eyes, I have photos of him I took of Facebook, then they began to summon me by the Tenth Prosecutor of the Public Ministry, my parents protected me for being a minor, because the Public Ministry until today, did not charge this guard named VIVAS.

5.- All my persecution began when I gave the interview at the Public Ministry on November 1, 2016, for this reason I say that justice is politicized, some of them are in those positions because they are part of the Chavismo, the Prosecutor's Office never gave me protection, my parents accepted or assumed that we had to fight not to leave unpunished the death of my cousin, son of my aunt COROMOTO ARAQUE, who died of sadness for the death of her only son and it was the Prosecutor who told the National Guards where I was to also silence me.

6.- In 2017, specifically on May 8, I was in a demonstration with my father **OSTMAN CONTRERAS**, when we saw HENDRIX VIVAS, he recognized me and told me "**Filthy rat I found you, you are not going to denounce me anymore but, I'm going to kill you**" as we could we ran, when he threw a tear gas canister at me, he hit me in the leg, my father kicked it to him, other people helped, we returned in a motorcycle taxi, this persecution began three months after I surrendered the interview in 2016, because my neighbor named SEGNIA PULIDO, identification number **17.896.635**, told me that they were looking for me near my house, I asked for protection again at the Prosecutor's Office, denouncing what had happened, on May 10, 2017. I repeat once again there was no justice with my cousin, much less are they going to do something for my process, this guard should be imprisoned and dismissed, but it is not like that, instead he went on a hunt to kill myself, because in my country the opponents, victims, witnesses to crimes against humanity, those of us who denounce crimes or denounce officials are sentenced.

7.- Citizen Judge, since the Public Ministry, did not process a protection measure before the Control Judge, the Voluntad Popular Party, with the coordinators of the party in the city of Maracaibo, so that they would receive me and help me, to avoid my death and defend my rights and as the only witness who testified, I must be protected for further processing before the International Criminal Court, in the case of the death of my cousin **EDUAR JEAN PAUL GUILLEN ARAQUE**, adolescent, and not as the press and tabloids tell the public that he was an adult, that he was looting food, and changed his name to **JEAN OMANA**, were the indications that the party gave me, that we had to follow until we were able to defeat the dictator through legal means.

8.- This is how I was transferred to the City of Maracaibo, on **January 1, 2018**, by Lawyer **OSTMAN ALTUVE**, coordinator of the Party for the State of Mérida, leaving for Maracaibo, in an unknown direction, due to the harassment, the persecutions, a witness not protected by the government, because I was always watched to my detriment, by unknown subjects, fleeing my town like criminals in the company of my parents, abandoning our house, my parents' property, their things, my studies , my family and my friends.

MEMBER

9.- But it is the case, that thinking that I was well beyond the reach of Sergeant HENDRIX VIVAS, who killed my cousin **EDUAR JEAN PAUL**, on **November 16, 2021**, for the closing of the campaign of the candidate for the Governorate, today opposition Governor **MANUEL ROSALES**, I decided to participate actively, that's when I see a unit from the Anti-extortion and Kidnapping Group of the Bolivarian National Guard of Venezuela go by, a surprise for me, that identify myself as HENDRIX VIVAS, who was going there in that truck.

10.- Immediately he told me here you are hiding, damn you, as scared as I could I ran out to where the mass of people were, so that he could not do anything to me, when the concentration finished I went with **JOSE RODRIGUEZ**, a comrade of **VOLUNTAD POPULAR**, through the Zulia neighborhood, on his motorcycle, when we are approached by the CONAS unit, or National Anti-Extortion and Kidnapping Command and two motorcycles, scared I tell my partner, don't stop, they are going to kill us, but **JOSE RODRIGUEZ** desperate , slow down and the truck hits us, I flew off the motorcycle.

11.- It is when **HENDRIX VIVAS**, gets out of the truck, tells me you rat, I am going to kill you just like your cousin, there were people, but people are afraid of the officials in our country, how could they help me and **JOSE** was quite scared, there he started kicking me, he put his military boots on my head, I screamed a lot, when he pressed the boot to my head and the ground, that was a very strong pain, another guard who came there, told him he said and I heard him very well, brother leave him alone, they are hurt, they started arguing.

12.- **VIVAS**, said this is a damn opponent, who thought he was going to pay for a death, I comply with the line of the Supreme Commander, a man also passed by in a car who told them you ran over him, giving me a very hard kick in the ribs leaving me and I fainted from pain, some people helped me after they left, I was able to call my mother, who arrived, very scared, always trying to keep me in hiding because of the systematized attacks and violence against me, just like the Political persecution and politicized justice, my cousin's death went unpunished, committed by a government official, who tirelessly persecuted me, unable to kill me, because I fled to this country, where I ask for protection, Guard **HENDRIX VIVAS**.

13.- Your Honor, I was transferred to the Regulo Pachano Añez Hospital, where the doctor on duty diagnosed me with generalized intercostal trauma, bruises on the stomach, abrasions on the arms and elbows, and a wound on the left leg at thigh and knee height.

14.- The day came when he managed to find me, in my house, because we lived rented in neighborhood Raúl Leonis, street 72, house 97-79, specifically on May 22, 2022, at around 4:45 in the morning, I was sleeping at home, when I heard shots right in front of me and shortly

3

*ata* MEMBER
*American Translators Association*

afterwards, we heard a glass explosion. They threw a tear gas bomb to the main room where I rest; causing itchy eyes, nose and cough; we were able, my parents and I were able to hear, with a thick tone of voice, yelling loudly **EVEN UNDER THE STONES WE ARE GOING TO FIND YOU, TRAITOR**, this exclamation was only said to me by the official SERGEANT MAJOR **HENDRICK VIVAS**, who is now here in Maracaibo assigned to the National Anti-Extortion and Kidnapping Command of the Bolivarian National Guard of Venezuela.

15.- Whom I have denounced twice Judge, without naming that in one way or another, I also pointed it out with the interview that I did with the State of Merida, because he killed my cousin for participating in the marches and me for years, he persecutes me, he wants to kill me for opposing the government, having the power and freedom to do so because he works for the government and they work in one line, eliminate opponents.

16.- The first time I reported, I did it for the Tenth Prosecutor's Office of the Judicial Circumscription of the State of Mérida and the second time for the Forty-fifth Prosecutor's Office of the Judicial Circumscription of Maracaibo; **for personal injuries and abuse of authority**, for this I hold him responsible for the shots and tear gas fired at my house, the persecution of this official is due to the fact that on June 14, 2016, he killed my cousin by name **EDUAR JEAN PAUL GUILLEN ARAQUE**, in the city of Mérida, Lagunillas and that I stated so before the Tenth Prosecutor's Office of Mérida and pointed it out and since then he has persecuted me with the sole purpose of eliminating me as a witness and for being an opponent and an active member to the Voluntad Popular party, being a minor at this time, this time I had to go to the doctor again because I was injured.

17.- I was transferred to the Adolfo Pons Hospital for the purpose of interviewing the doctor on duty **LUIS CASTILLO M.**, COMEZU, 20.432, MPPS 134980, who diagnosed **"irritative conjunctivitis, asthmatic crisis and allergic dermatitis due to contact with tear gas"**. I remain admitted under observation in the hospital, for evaluation with the neurosurgeon and ophthalmology. (Annex pertinent precautions) there are eyewitnesses of all the events indicated here that derive from an action by officials of the national guard, who represent the oppressive state of the people.

18.- Entering this country on **July 10, 2022**, for all these systematized acts of persecution, for the mere fact of being and wanting a fair and dignified country, that at the same time all these countries left behind cannot submit to asking an asylum for being affections of the dictator government of the Bolivarian Republic of Venezuela.

MEMBER

20.- Your Honor, to conclude, under oath I declare that the facts stated above are true and all the documents recorded, the witness interviews and the sworn statements attest to the political persecution, and I very respectfully request that you declare in my favor the requested political asylum.

It is justice that I await in the City of Addison, Texas on the date of your presentation.

**OSNEIBER JOSUE CONTRERAS MOLINA**

### DECLARACION DE SOLICITUD DE ASILO DE ROXIBEL MISHELL PALMAR MEJIA:

1.- Yo, **OSNEIBER JOSUE CONTRERAS MOLINA**, nacido en el Municipio Sucre Lagunillas del Estado Mérida - Venezuela, cédula de identidad número V.- **27.779.209**, (**Alien numero 241824640**) de 22 años de edad, de Profesión Obrero, residenciado actualmente en la 3820 Vitruvian Way apart. 216 código postal 75001 Dallas Texas, teléfono número **2142001647**, ocurro ante usted en tiempo hábil y oportuno para ratificar bajo juramento declaración de solicitud de asilo en su contenido y firma, igualmente el formulario i-589, como las pruebas útiles, necesarias y pertinentes consignadas.

2. Señor Juez; hoy expongo los hechos violentos y sistematizado en contra de mi persona, que me convirtieron en un perseguido político por funcionarios de la Guardia Nacional Bolivariana de Venezuela en un País donde la Justicia está politizada, la corrupción carcome el gobierno y sin Estado de derecho que permita a las victimas ejercer la real y cierta tutela judicial efectiva.

3.- A continuación expongo: **En fecha 14 de junio de 2016**, en una manifestación que se realizó en el Municipio Sucre del Estado Mérida, participe con mi primo **EDUAR JEAN PAUL GUILLEN ARAQUE**, por la defensa de los derechos de nuestra alimentación, porque había escasez, todo se volvió un caos empezaron a saquear, nosotros corrimos le dije a mi primo vámonos, el me dijo que me escondiera lo agarro un guardia nacional, lo llamo muerto de hambre, rata, escoria, mi primo le respondió, traidor de la patria ustedes están para defendernos, no para un defender un gobierno narcotraficante, ese guardia de nombre VIVAS, asi se llama porque lo vi en su uniforme con la insignia, que se ponen, le dijo te voy a matar y asi lo hizo, mi primo pertenecía a voluntad popular y al Nuevo Tiempo, tenía ya tiempo con ellos protestando.

4.- Ese día lo recogí, lo vi, me miro se le salió una lagrima, llore, lo tome como pude, lo lleve al médico, otros manifestantes me ayudaron a llevarlo al Hospital, alla no podía quedarme , llame a mi tía **COROMOTO ARAQUE** le di la denuncia,

*ata* MEMBER

después llego el Guardia VIVAS, preguntando quien lo llevo me quede callado por temor a que me matara, el sabia que yo lo vi, era alto, blanco, medio moreno, ojos claros, tengo fotos de el lo saque del Facebook, después empezaron a citarme por la Fiscalía Decima del Ministerio Publico, mis padres me protegieron por ser menor de edad, porque el Ministerio Publico hasta el sol de hoy, no imputo a este guardia de nombre VIVAS.

5.- Toda mi persecución empezó cuando rendí la entrevista en el Ministerio Publico en fecha 01 de noviembre de 2016, por esto digo que la justicia está politizada, todos están puestos en sus cargos por su color rojo del chavismo, la Fiscalía nunca me dio protección, mis padres aceptaron o asumieron que teníamos que luchar para no dejar impune la muerte de mi primo, hijo de mi tía COROMOTO ARAQUE, quien murió de tristeza por la muerte de su único hijo y fue la Fiscal quien le dijo a los Guardias nacionales donde estaba para también silenciarme a mí.

6.- En el año 2017, específicamente el día 08 de mayo , estaba en una manifestación con mi padre **OSTMAN CONTRERAS**, cuando vimos a HENDRIX VIVAS, el me reconoció y me dijo textualmente " *Rata inmunda te encontré, ya no me vas a denunciar mas, te voy a matar*" como pudimos corrimos, cuando el me lanzo una bomba lacrimógena, me pego en una pierna, mi papa se la regreso, otras personas ayudaron, nos regresamos en una mototaxi, esta persecución se inició tres meses después que rendí la entrevista en el año 2016, porque mi vecina de nombre SEGNIA PULIDO, cedula de identidad **17.896.635**, me dijo que me estaban buscando cerca de mi casa, pedí protección nuevamente en la Fiscalía, denunciando lo que había sucedido, en fecha 10 de mayo de 2017, repito nuevamente no hubo justicia con mi primo, mucho menos van impulsar mi proceso, este guardia debería estar preso y destituido, pero no es así, sino que me monto una cacería para matarme, porque en mi País a los opositores, victimas, testigos de delitos de lesa humanidad, los que denunciamos delitos o denunciamos a los funcionarios somos sentenciados.

ata MEMBER
American Translators Association

7.- Ciudadano Juez, puesto que el Ministerio Publico, no me tramito una medida de protección ante el Juez de control, el Partido Voluntad Popular previa coordinación con los coordinadores del Partido en la Ciudad de Maracaibo, para que me recibieran y me ayudaran, para evitar mi muerte y la defensa de mis derechos y como único testigo que rindió declaración, debo ser protegido para posterior trámite ante la Corte Internacional Penal, del caso de la muerte de mi primo **EDUAR JEAN PAUL GUILLEN ARAQUE**, adolescente, y no como la prensa por chavista, amarillista lo público que era mayor de edad, que estaba saqueando alimentos, y le cambio su nombre como **JEAN OMANA**, fueron las indicaciones que el partido me brindo, que teníamos que seguir hasta lograr vencer por las vías legales al dictador.

8.- Es así, como fui trasladado a la Ciudad de Maracaibo, **en fecha 01 de enero de 2018**, por el Abogado **OSTMAN ALTUVE**, coordinador del Partido por el Estado Mérida, saliendo hacia Maracaibo, en un rumbo desconocido, por los hostigamiento, las persecuciones, un testigo no protegido por el gobierno, porque siempre estaba vigilado para mi perjuicio, por sujetos desconocidos, huyendo de mi pueblo como delincuentes en compañía de mis padres, abandonando nuestra casa, los bienes de mis padres, sus cosas, mis estudios, mis familia y mis amigo.

9.- Pero es el caso, que pensando que estaba bien lejos del alcance del Sargento HENDRIX VIVAS, quien le dio muerte a mi primo **EDUAR JEAN PAUL**, **el día 16 de noviembre de 2021**, para el cierre de campaña del candidato para la Gobernación, hoy Gobernador opositor **MANUEL ROSALES**, decidí participar activamente, es cuando veo pasar una unidad del Grupo Antiextorsión y Secuestro de la Guardia Nacional Bolivariana de Venezuela, sorpresa para mí, que me identifico HENDRIX VIVAS, que iba allí en esa camioneta.

10.- Inmediatamente me dijo aquí estáis escondido, maldito muerto de hambre, como pude asustado salí corriendo hacia donde estaba la masa de personas, para que no pudiera hacerme nada, al terminar la concentración me fui con **JOSE RODRIGUEZ**, un compañero de **VOLUNTAD POPULAR**, por el Barrio Zulia, en su moto, cuando somos abordados por la unidad del CONAS, o Comando

Nacional Antiextorsión y Secuestro y dos motocicletas, asustado le digo a mi compañero, que no pare, que nos van a matar, pero **JOSE RODRIGUEZ** desesperado, baja la velocidad y la camioneta nos impacta, salí volando de la moto.

11.- Es cuando **HENDRIX VIVAS**, se baja de la camioneta, me dice viste muerto de hambre, te voy a matar igual que a tu primo, había gente, pero la gente le tiene miedo a los funcionarios en nuestro País, como podían ayudarme y **JOSE** estaba bastante asustado, allí empezó a darme patadas, me ponía sus botas militares sobre la cabeza, di muchos gritos, cuando presionaba la bota con mi cabeza y el suelo, eso es un dolor muy fuerte, otro guardia que venía allí, le dijo y lo escuche muy bien, hermano así no déjalo quieto, están heridos, empezaron a discutir.

12.- **VIVAS**, le dijo este es un maldito opositor, que pensó que iba a pagar un muerto, yo cumplo la línea del Comandante Supremo, también paso un señor en un carro que les dijo ustedes lo atropellaron, dándome una patada durísima en las costillas dejándome doblado y desmayado del dolor, me prestaron la ayuda después que se fueron, pude llamar a mi madre, quien llego, muy asustada, siempre trata de que viva escondido por los ataques sistematizado y la violencia en mi contra, al igual que la persecución política y la justicia politizada, mi primo su muerte quedo impune, cometida por un funcionario del gobierno, quien me persiguió incansablemente, no pudiéndome matar, porque hui para este País, donde pido protección, el Guardia **HENDRIX VIVAS.**

13.- Señor Juez fui trasladado al Hospital Regulo Pachano Añez, donde la médico de Guardia me diagnostico con traumatismo generalizado intercostales, hematomas en el estómago, escoriaciones en los brazos y codos, herida en la pierna izquierda la altura del muslo y la rodilla.

14.- Llego el día que logro ubicarme por decirlo así, en mi casa, porque vivíamos alquilado, Barrio Raúl Leonis, calle 72, casa nro. 97-79, específicamente el día 22 de mayo de 2022, como las 4:45 horas de la madrugada, me encontraba durmiendo en mi casa, cuando siento unos disparos justo en el frente y al poco instante se escucha el estallido de un vidrio de la ventana y era por el pase de una

ata MEMBER

bomba lacrimógena a la habitación principal que lanzaron y donde descanso; provocándome picor en los ojos, nariz y tos; pudimos, mis padres y yo pudimos escuchar con un tono de voz gruesa vociferar a viva voz **HASTA DEBAJO DE LAS PIEDRAS TE VAMOS A ENCONTRAR, MUERTO DE HAMBRE**, está exclamación solo me la decía el funcionario SARGENTO MAYOR **HENDRICK VIVAS**, quién ahora está aquí en Maracaibo adscrito al Comando Nacional Antiextorsión y Secuestro de la Guardia Nacional Bolivariana de Venezuela.

15.- A quien he denunciado dos veces Señor, Juez, sin nombrar que de una manera u otra, también lo señale con la entrevista que hice el Estado Mérida, porque el mato a mi primo por participar en las marchas y a mi desde hace años, me persigue, me quiere matar por opositor del gobierno, teniendo el poder y libertad de hacerlo porque trabaja para el gobierno y ellos trabajan en una solo línea, eliminar los opositores.

16.- La primera vez que denuncie, lo hice por la Fiscalía Décima de la Circunscripción Judicial del Estado Mérida y la segunda por la Fiscalía Cuadragésima Quinta de la Circunscripción Judicial de Maracaibo; **por lesiones personales y abuso de autoridad**, por esto lo hago responsable de los disparos y bomba lacrimógena que me hicieron en la casa, la persecución de este funcionario se debe a que el día 14 de Junio del 2016 , el mató a mi primo de nombre **EDUAR JEAN PAUL GUILLEN ARAQUE**, en la ciudad de Mérida, la Lagunillas y que así lo manifesté por ante la fiscalía Décima de Mérida y lo señale y desde entonces me ha perseguido con el único fin de eliminarme como testigo y por ser opositor y ser miembro activo al partido Voluntad Popular, siendo para este momento menor de edad, en esta oportunidad tuve que ir al médico nuevamente porque resulte lesionado.

17.- Fui trasladado a Hospital Adolfo Pons a los fines de entrevistarnos con el galeno de guardia **LUIS CASTILLO M.**, COMEZU, 20.432, MPPS 134980, Quien diagnóstico **"conjuntivitis irritativa, crisis asmática y dermatitis alérgica por contacto al gas lacrimógeno"**. Quede ingresado bajo observación en el Hospital, para valoración con el neurocirujano y oftalmología.(anexo recaudos pertinentes)

MEMBER
American Translators Association

hay testigo presenciales de todos los hechos aquí indicados que derivan de una acción de funcionarios de la guardia nacional, que representan al estado opresor del pueblo.

18.- Ingresando a este País **el día 10 de julio de 2022,** por todos estos actos persecutorios sistematizados, por el solo hecho de ser y querer un país justo y digno, que a la par todos estos países dejados atrás no podemos someternos a pedirle un asilo por ser afectos del gobierno dictador de la República Bolivariana de Venezuela.

20.- Señor Juez, para finalizar, bajo juramento declaro que los hechos antes expuestos son ciertos y todos los documentos consignados, las entrevistas de testigos y las declaraciones juradas dan fe, de la persecución política, y muy respetuosamente solicito declare a mi favor el asilo político peticionado.

Es justicia que espero en la Ciudad de Addison Texas en la de fecha de su presentación.


_____
**OSNEIBER JOSUE CONTRERAS MOLINA**

We, WordLingua, professional translation services hereby certify that the above-mentioned document has been translated by experienced and qualified professional translators and that, in our best judgement, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, WordLingua, assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

Paola Vanessa Vaughan
**Translator ATA**
**Member**: 265419
Dated: June 16, 2023



TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of FedEx® shipping label here.

Align bottom of peel-and-stick airbill or pouch here.

1100 Commerce Street, Dallas, tx 75242





Part # 156297-435  AHDB2  EXP 02/27

SHIP DATE: 12MAR26
ACTWGT: 60.0 LB
CAD: 6570878/RCSA2710

ORIGIN ID:HSTA  (754) 368-2141
LUIS BAEZ RANGEL
6516 EATON ST
HOLLYWOOD, FL 33024
UNITED STATES US

TO  US DISTRICT COURT

FedEx

Street address
1100 COMMERCE ST 1452

FedEx
Express

E

MAR 5:00P
** 2DAY **

75242
TX-US  DFW

TRK#  8895 5288 8020
0201

SS KIPA

**Reusable Er**

**Recycle me.**

X-RAY

RECEIVE
MAR 17 2024  KM
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF

267-2038

1100 COMMERCE ST
DALLAS TX

75242-1001-00

